UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL REYES, | : | CIVIL ACTION NO. 3:CV-13-0592 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| JAMES LARSON, | : | |
| Defendant | : | |

### ORDER

**AND NOW, THIS 12th DAY OF APRIL, 2013**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

4.

                     /s/ William J. Nealon
                     **United States District Judge**

FILED
SCRANTON

APR 1 2 2013

PER _____ M.B.P.
      DEPUTY CLERK